In The United States District Court For
Northern District OF Illinois
Eastern Division

Deandre Lasean Bradley                    Case No: 16-cv-06421
 # 20150120253
        V                                 Judge: Amy J. St. Eve
C/O Fern #17581
Nurse Bane

RECEIVED
AUG 18 2016
8-18-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

All defendants are being sued in their Individual and their offical capacitys.

___✓___ Complaint under the civil rights act, title 42 secetion 1983 U.S. Code (State, County, Municipal defendants)

Plaintiff(s)
A. Name: Deandre Lasean Bradley
B. List OF Aliases: None
C. Jail Identification Number: 20150120253
D. Place Of Present Confinment: Cook County Department Of Corrections
E. Address: P.O. Box 089002 Chicago IL 60608

Defendant(s)
A. Defendant: Fern #17581
    Title: Correctional Officer
    Place of Employment: Cook County Department Of Corrections

B. Defendant: Bane

page 1

Title: Nure

Place OF Employment: Cook County Department OF Corrections

## List All Lawsuits Filed in State and Federal Court

A. Name OF Cases and Docket Numbers
1. Deandre Lasean Bradley v Cook County Department OF Corrections et al / 15-C-2350
2. Deandre Lasean Bradley v Williams et al / 15-C-3443
3. Deandre Lasean Bradley v R/O Olesiak / 16-C-3173
4.) Deandre Lasean Bradley v Cook County Department OF Corrections et al / 16-CV-6421

B. I am the only plaintiff for all four Claims.
C. Approximate Date OF Filing Lawsuits (1) March 17, 2015
(2) April 14, 2015  (3) March of 2016  (4) May of 2016

D. Defendants (1) Williams, Gowdy, Bonds, John Doe #1, John Doe #2, John Doe #3, John Doe #4, John Doe #5, John Doe #6 Lt K Young
(2) Cook County Department OF Corrections     (3) R/O Olesiak #17550
(4) Cook County Department OF Corrections, Thomas Dart, C/O Fern/Cheif Williams, C/O Rocca, C/O John Doe #1, C/O John Doe #2, Nurse Humpres, Nurse Bane, Dr. Miller, C/O Rodriguez, Division 10 John Doe sanction officer

E. All suits have been filed in the Northern District OF Illinois Eastern Division

F. All cases assigned to Judge Amy J St Eve
G. (1) Injury due to deliberate indiffrece  (2) Prisoners Condition Case
(3) Excessive Force  Amended violation

H. Dispostion (1) Dismissed (2) Pending (3) Pending (4) Pending

page 2

I. Date OF Disposition (1) April 14, 2015 (2) N/A (3) N/A (4) N/A

Statement OF Claim

1) On 5/21/16 during first recreation I injured my self in the division 10 gym room. While playing basketball defending a fast break play the front end of my shoe split open and a unknown object (metal) that had been left on the gym room floor became stuck in my foot. At first I didnt know something was stuck, I just thought I injured my foot when I felt this sharp pain. I fixed my foot back in the shoe and became uninvolved in the current game and told the correctional officer working in the gym that I needed medical attention he asked me what was wrong. I told him that I just injured my foot, he told me to let my tier officer know because another detainee (levisting) had what appeared to be a broken foot. So I took my shoe off because every time I tried to walk on it I would experience that sharp pain over and over. I removed my shoe and walked on the side of my foot which was still painfull. While walking on the side of my foot I had to stop and examine what was still, while walking on the side of my foot causing all this pain. My sock was ripped open and when I looked at the bottom of my foot all I saw was blood. When I finally made it to my tier 4-D I told my tier officer Fern that I had injured my foot and showed him that it was bleeding badly and that I needed medical attention. C/O Fern responded by saying if everyone from the low side of the tier wasent up here to be placed in their

page 3

cell then no one was getting anything. I showed C/O Fern the seriousness of my injury thats when he stated that once the tier was secured that he would call for my medical attention right now he needed me to lock up. I followed C/O Fern orders and locked up, but because I was in so much pain I stood at my cell door on one foot and everytime C/O Fern walked passed I asked about medical attention. C/O Fern the first two times responded by saying just hold on, then when I asked a third time C/O Fern snaped at me and said that ("because I keep asking I aint getting shit") I tried to get his attention again I even sent my cellmate who was the tier's worker Brian Marcus to ask him but no response was given. Then a few hours later dinner treys had arrived and I had been sitting in my room bleeding and in pain. Thats when I heard another detainee yelling at C/O Fern so I picked up my mirror stuck it out the door an saw that an all available had been called. C/O Fern and several other Correctional Officer, Sergants and Lutenants were on the tier defusing whatever the situation was taken place. After the situation was defused the other officer walked into the tier's control room and C/O Fern continued to pass out the dinner treys. When C/O Fern arrived at my door I steped out and said in these exact words ("C/O please look at my foot, please look its bleeding and swollen and something is wrong, I need medical attention really bad") while these words were comming out my mouth C/O Fern didnt say not a word he grabed my arm twisted it which caused me to completly turn around I didnt resist which made

Page 4

me face my opened cell door, then forcefully pushed me against the door causing my chest and face to hit the Cause pressure on my foot, causing great pain. The other officers that were allready in the tiers control room ran into the tier's to assist C/O Fern because they didn't know what was going on. I was first taken out of C/O Fern physical restraint by C/O B. Strauch and C/O Martinez and escorted me out the hallway. I kept telling them to slow down that I had seriously injured my foot. They didn't know what was going on but they stoped and listened, slowed down asked me to put my shoe on that when I showed them what was wrong. In the hallway I explained to Sgt Rocco that I had done nothing wrong I just wanted medical attention. I was taken to division 10 security then taken to the dispensary. C/O Fern violated state and federal law when he used unnessary excessive force and battery against me when without giving any directive to step back in my cell C/O Fern grabed, twisted my arm and pushed me into the cell door. This act was not done to maintain any order, at the time of this incident nothing was going on. If their was a security issue prior to this happening other detaince's would have already been locked in their cells after the first all avalible was called. C/O Fern violated my constitutional rights by being deliberately indifference toward my serious medical need, also because I am a pretrial detainee my 14 amendment right was also violated. I was also sent to segregation (max) for asking and trying to get medical attention. I showed and asked C/O Fern

Page 5

for medical attention on several occasions and when I kept asking I was told in these exact words by C/O Fern ("that I aint getting shit") which is a clear denial of medical attention. C/O Fern didn't call and notify no medical staff of my injury because when I was taken to the dispensary Nurse Bane didn't know that I had been injured she asked why did I wait so long to tell him that I needed medical attention I explained that I been told @ C/O Fern.

2.) When I arrived at the dispensary I was seen by the paramedic nurse Bane. She saw what was wrong with my foot, observed a piece of metal in my foot and asked was I ok with her removing the metal. I was hesetant but realized it had to be done. She then told me I had two options, she could remove it or the doctor at cermak could. I told her she could remove it at first. While nurse Bane prepare to more it Sgt Rocco came in and said that when they were finish with me in security that I would be taken to security so that I would be taken to segergation. I ask Sgt Rocco why was I being taken to segregation he didnt respond just walked away. I became upset that I had to go to segergation so I told nurse Bane that I would rather go to cermak and have the doctor remove the metal. Nurse Bane then became very upset saying that I shouldn't take my anger out on her and make her do more work because I was mad. I told her I didnt care send me to cermak. Nurse Bane then said if she sent me that she would make me walk the whole

page 6

way their. I told her she couldnt do that, cermak is a long walk she said since she has to do more work I would suffer as well. The nurse assisting her Nurse Orr then asked me how long had it been since I had a tetnen shot. I told her not since my freshmen year of highschool 2005. She then told nurse Bane that I would have to go to cermak anyway for the shot. Nurse Bane replied well he's gonna walk all the way thir, because she didnt feel like putting me in a wheel chair that she already had to put another detainee in their. Nurse Bane violated what would be considered an eight amendment unnessary infliction of pain a cruel cruel and unusual punishment but because I am a pretrial detainee she violated my 14th amendment due process clause and was deliberatly indifference to a serious medical concer and my safety when she forced me to walk all the way to cermak health services with a piece of metal stuck in my foot because she didnt feel like pushing me in a wheel chair. This cause me great pain and suffering. Cermak is a long walk from Division 10 dispensary and I shouldnt have been forced to walk from Division 10. Putting my safety at risk from additional injury and causing great pain + suffering. I was given a ride back on the cart because of my injury because I couldnt walk back. Both being sued in thier individal and offical capacity

Relif Requested

Granting Plaintiff a declaration that the act and

Page 7

ommissions describe herein violate the rights under the constitution and laws of the united states both state and federal plaintiff ask that the court grant the following:

Compensatory damages in the amount of $60,000 per each named defendant

Punitive damages in the amount of $20,000 per each named defendant.

Nominal Damages in a proper amount $10,000 for Pain and Suffering and any other relief deemed just

Plaintiff demands that the case be tried by Jury
☐ yes    No ☒

Wherefore, plaintiff respectfully prays that this court enter judgement granting this relief

Certification
7/27/16
Deandre Bradley
Deandre Bradley 20150820253

P.O. Box 089002 Chicago IL 60608
Cook County Department Of Corrections.

## "Under Color of Law"

All Defendants named in this claim were all acting under color of Law and all are being sued in their individual and official capacitys.

## Legal Claims

Plaintiff Realleges and incorporate by reference paragraph 1-2

1.) Defendant C/O Fero directly participated in violating my constitutional rights and state laws when he was delibrettey indifference toward a serious medical need a denied me medical attention then used unnessecry use of force against me when I was only making an additional attempt of trying to get medical attention then writing plaintiff a displinary ticket when plaintiff did nothing wrong violating plaintiffs rights.

2.) Defendant Nurse Bone violated violated my rights when she forced me to walk all the way to cermak with a staple in my foot because she was upset because I wouldnt allow her to take it out my foot causing me great pain and suffering and being deliberate indifference toward my safety and putting me at risk of additional injury.

All administrative Remedies have been exausted Greivances filed and appealed as required by PLRA.

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

☒ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016X4478

### INMATE INFORMATION

| INMATE LAST NAME | INMATE FIRST NAME | ID Number |
|---|---|---|
| BRADLEY | DIANDRE | 20150120253 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:**
260 - MISCONDUCT (PHYSICAL) BY SWORN STAFF

**IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO:** O.P.R., I.S

**DATE REFERRED:** 5/26/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
See Attachment

| PERSONNEL RESPONDING TO GRIEVANCE | SIGNATURE | DIV./DEPT. | DATE |
|---|---|---|---|
| Theresa (ISR) | [signature] | INVES | 5/26/16 |

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

| SUPERINTENDENT/DIRECTOR/DESIGNEE | SIGNATURE | DIV./DEPT. | DATE |
|---|---|---|---|
| Amy Clemon | Amy Clemon | 10 | 5/26/16 |

☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GREIVANCE SUBJECT CODE: _____

**INMATE SIGNATURE:** Diandre Bradley

**DATE RESPONSE WAS RECEIVED:** 5/26/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 5/26/16

**INMATE'S BASIS FOR AN APPEAL:** I am apealing because I am not satisfied with results

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐  No ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:**
Original Response to Stand

| ADMINISTRATOR/DESIGNEE | SIGNATURE | DATE |
|---|---|---|
| V Mueller | [signature] | 5/31/16 |

**INMATE SIGNATURE:** X mailed to IDOC

**DATE INMATE RECEIVED APPEAL RESPONSE:** 6/14/16

(FCN-48)(NOV 11)  (WHITE COPY – PROGRAM SERVICES)  (YELLOW COPY – C.R.W./PLATOON COUNSELOR)  (PINK COPY – INMATE)

## Inmate Grievance Number: **20164478**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 4 / 4th floor
Chicago, Illinois 60608

**INMATE COPY**